216

Walter CARPENTER, Appellant,

v.

UNITED STATES of America.

No. 16261.

United States Court of Appeals
Eighth Circuit.

June 19, 1959.

Walter Carpenter, pro se.

Harry Richards, U. S. Atty., and Gerald M. Smith, Asst. U. S. Atty., St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed for want of prosecution, on motion of appellee.

J. E. SEGARS et al., Appellants,

v.

ST. LOUIS SOUTHWESTERN RAILWAY COMPANY et al.

No. 16266.

United States Court of Appeals
Eighth Circuit.

June 25, 1959.

Gerland P. Patten, Little Rock, Ark., for appellants.

Ned Stewart, Texarkana, Ark., Roy P. Cosper, St. Louis, Mo., William J. Smith, Little Rock, Ark., Richard R. Lyman, Toledo, Ohio, and James M. McHaney, Little Rock, Ark., for appellees.

PER CURIAM.

Appeal from District Court docketed and dismissed for want of prosecution, at costs of appellants, on motion of appellees.

NATIONAL LABOR RELATIONS BOARD, Petitioner,

v.

ROCKWELL MANUFACTURING COMPANY, KEARNEY DIVISION.

No. 16230.

United States Court of Appeals
Eighth Circuit.

June 23, 1959.

Thomas J. McDermott, Assoc. Gen. Counsel, and Marcel Mallet-Prevost, Asst. Gen. Counsel, National Labor Relations Board, Washington, D. C., for petitioner.

PER CURIAM.

Order of National Labor Relations Board enforced, on petition for enforcement and stipulation filed with Board.

Samuel Marshall CHRISTIAN, Administrator of the Estate of Flora Mae Christian Ruminer, Deceased, et al., Appellants,

v.

MUTUAL TRUCK PARTS COMPANY, Inc., et al.

No. 16272.

United States Court of Appeals
Eighth Circuit.

June 25, 1959.

Dorothy Scott Alloway, St. Louis, Mo., for appellants.

Seiler, Blanchard & Van Fleet, Joplin, Mo., and J. A. Appelquist, Mount Vernon, Mo., for appellees.

PER CURIAM.

Appeal from District Court docketed and dismissed for lack of jurisdiction, at cost of appellants, on motion of appellees.